LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

December 29, 2021

VIA ECF
Hon. Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY 10007-1312



Re: *Monge v. City Ditland Corp. et al*
Case No. 21-cv-8143 (KPF)

Dear Judge Failla:

Plaintiff Javier Monge ("Plaintiff") respectfully requests an adjournment of the scheduling conference currently scheduled for January 5, 2022. As reflected in the docket, Defendants have not yet responded to the Complaint served on November 22, 2021. Plaintiff has recently filed a proposed Clerk's Certificate of Default and Affidavit in Support. Plaintiff will make a final attempt to reach Defendants to discuss this matter before moving for a default judgment.

In light of the above, Plaintiff requests a 45-day adjournment of the conference to allow some additional time for defendants to appear or for Plaintiff to seek a default judgment. Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek
Jennifer E. Tucek

The Court is in receipt of Plaintiff's above letter.

For the reasons stated above, the initial pretrial conference is hereby ADJOURNED to **February 16, 2022, at 11:00 a.m.**  If Defendants have not appeared by that date, Plaintiff shall file a letter stating whether it intends to move for default judgment.

The Clerk of Court is directed to terminate the motion at docket entry 12.

Dated: January 3, 2022
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE